Dennis Holahan Esq. (CSB #057324)
LAW OFFICES OF DENNIS HOLAHAN
2049 Century Park East, Suite 3180
Los Angeles, California 90067
Phone: (310) 286-3344
Facsimile: (310) 286-2299

Attorneys for Defendants
   Scott Schneider, SS Productions,
   and Finelite Productions Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BORTZ, an individual; KINETIC LIGHTING, INC., a California corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SCOTT SCHNEIDER, an individual; SS PRODUCTIONS, an unknown business entity; FINELITE PRODUCTION SERVICES, INC., a New Jersey corporation,<br><br>            Defendants. | CASE NO. CV07-00694 CAS (FFMx)<br><br>[Hon. Christina A. Snyder]<br><br>**PRELIMINARY INJUNCTION** |

   WHEREAS Plaintiffs Daniel Bortz and Kinetic Lighting, Inc. ("Plaintiffs") filed a Complaint in this action alleging causes of action for copyright and trademark infringement, among other claims, against Defendants Scott Schneider, SS Productions, and Finelite Production Services, Inc. ("Defendants") (collectively the "Parties") over use of the trade name/trademark "Finelite"; and

   WHEREAS the Parties to this action settled this case in its entirety in mediation on February 4, 2008; and

   WHEREAS payment and other performance by Defendants pursuant to said settlement will take at least 120 days; and

WHEREAS, as part of the settlement, the Parties have agreed to stipulate to preliminary and permanent injunctive relief as to the trademark issues raised in the case; and

WHEREAS the Parties have stipulated to have a preliminary injunction issue pending Defendants' performance of the settlement agreement, and the Parties will submit a Judgment of Permanent Injunction to the Court upon completion of said performance;

NOW THEREFORE ON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

**IT IS ORDERED** that during the pendency of this action Defendants, and all others acting with, under or for them, are prohibited from using the trade name/trademark "Finelite" or any confusingly similar name or mark until a permanent injunction is entered in this case, as provided in the settlement entered into by the Parties, provided, however, that:

(a) Defendants may continue to use the word "Finelite" with an ® as a mere reference to the brand of equipment, in advertising, promotion, marketing and internet materials, and

(b) Defendants shall be entitled to continue ownership of the name Finelite Production Services, Inc. as its official corporate name of record so long as the New Jersey Secretary of State refuses to allow that name to be changed due to Defendants' tax dispute.

Date: February 28, 2008          _____
                                  Christina A. Snyder
                                  United States District Court Judge